UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

CECIL FRANKLIN SPEIGHT,
-----------------------------------------------------------X
MAUSKOPF, United States District Judge.

ORDER OF REFERRAL
14-CR-379 (RRM) (RLM)

The defendant, Cecil Franklin Speight, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court respectfully refers the matter to Magistrate Judge Mann to administer the allocution pursuant to Fed. R. Crim. P. 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York
       July 3, 2014

_S/RRM_____
ROSLYNN R. MAUSKOPF
United States District Judge

_____
AUSA

_____
Defendant

_____
Defense Counsel
ROBERT FRANKLIN