AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>CECIL FRANKLIN SPEIGHT, aka "Frank Speight,"<br><br>*Defendant* | Case No. 14 CR 379 (RRM) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/23/14

*Defendant's signature*

*Signature of defendant's attorney*

ROBERT FRANKLIN, ESQ.
*Printed name of defendant's attorney*

s/Roanne L. Mann
*Judge's signature*

USMJ ROANNE L. MANN
*Judge's printed name and title*