## CRIMINAL CAUSE FOR PLEADING

BEFORE: Magistrate Judge Roanne L. Mann   DATE: 7/23/2014   TIME: 4:00 p.m.
DOCKET # 14-CR-379 (RRM)

DEFENDANT: Cecil Speight
✓ present    __ not present    __ cust.    __ bail

DEFENSE COUNSEL: Robert Franklin
✓ present    __ not present    __ CJA    ✓ Retained    __ Fed. Defenders

A.U.S.A.: Jack Dennehy    CLERK: Bauermeister
FTR: 4:14:42 - 4:52:22
INT: n/a

✓ CASE CALLED

DEFT.
✓ SWORN
✓ ARRAIGNED
✓ INFORMED OF RIGHTS
✓ WAIVE TRIAL BEFORE DISTRICT COURT

__ INDICTMENT FILED    __ SUPERCEDING INDICTMENT FILED
✓ INFORMATION FILED    __ SUPERCEDING INFORMATION FILED
✓ WAIVER OF INDICTMENT EXECUTED FOR DEFT.

__ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
✓ DEFT ENTERS **GUILTY PLEA** TO CT. 1 OF THE
  __ INDICTMENT; __ SUPERCEDING INDICTMENT; ✓ INFORMATION; __ SUPCD. INFO.
__ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CT. ____ OF THE
  __ INDICTMENT; __ SUPERCEDING INDICTMENT; __ INFORMATION; __ SUPCD. INFO.
✓ COURT FINDS A FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING SET FOR _____ (SET BY PROBATION)
__ BAIL CONT'D FOR DEFT.
__ DEFT CONT'D IN CUSTODY.
__ CASE ADJ'D TO _____ FOR _____

__ **SPEEDY TRIAL** INFO FOR DEFT    __ STILL IN EFFECT
   CODE TYPE___ START_____ STOP_____
   __ ORDER / WAIVER EXECUTED & FILED.   __ ENT'D ON RECORD.

**OTHER:** PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1 AND RETURNED TO THE ASSISTANT.